**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| TONI FRANKLIN, individually as administrator of the estate of minor decedent Le'Den Boykins, et. al.,<br>Plaintiff(s),<br><br>vs.<br><br>DAVID PETERSON,<br>Defendant(s). | CIVIL ACTION FILE<br><br>NO. 4:24-cv-00172-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II., United States District Judge, for consideration of defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action; and the action be, and the same hereby is, **dismissed**.

Dated at Rome, Georgia, this 12th day of August, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Casey Womack
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 12, 2026
Kevin P. Weimer
Clerk of Court

By: s/Casey Womack
Deputy Clerk